1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROGER WHEELER,

               Petitioner,

  v.

STATE OF WASHINGTON,

               Respondent.

Case No.  C05-5764FDB

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

     Petitioner's application for leave to proceed *in forma pauperis* (Dkt. #1 and #4) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

     The Clerk is directed to mail a copy of this Order to petitioner.

     DATED this 7th day of March, 2006.

                                            Karen L. Strombom
                                            United States Magistrate Judge